UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Jewett,   )<br>Plaintiff      )<br>                )<br>                )<br>v               )<br>                )<br>                )<br>Bernard F. Brady,  )<br>Defendant       )<br>_____) | C.A. No. _____<br><br><br>MOTION FOR THE APPOINTMENT OF COUNSEL |

   Now comes the Plaintiff in the above captioned matter and asks this Honorable Court to appoint counsel to represent him due to the fact that the plaintiff has very little knowledge of the law and is an indigent litigant and needs counsel to represent him on this capital case.

   Wherefore, plaintiff respectfully requests that this motion to appoint counsel be granted.

Respectfully Submitted,                         Dated: 8/3/05

*William Jewett*
William Jewett, Pro-se
One Administration Road
Bridgewater, Ma.
02324

CERTIFICATE OF SERVICE

   I, William Jewett, a pro-se, indigent litigant, hereby certify that on this 3rd day of August, 2005, served a true copy of the above Motion For Appointment of Counsel on the defendant of record by first class mail postage pre-paid to him at his address: Bernard F. Brady, One Administration Road, bridgewater, ma. 02324

*William Jewett*                                Dated: 8/3/05
William Jewett