# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050803 10:57

| | | | | | Page : 1 |
|---|---|---|---|---|---|
| Commit# : | W65623 | | OLD COLONY CORRECTIONAL CENTER | | |
| Name : | JEWETT, WILLIAM, , JR | | Statement From | 20050201 | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | To | 20050803 | |
| Block : | DAWES II | | | | |
| Cell/Bed : | G11/T | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $7,121.31 | $7,089.77 | $27.02 | $27.02 |
| 20050201 22:30 | CN - Canteen | 4066594 | | OCC | ~Canteen Date : 20050201 | $0.00 | $27.14 | $0.00 | $0.00 |
| 20050202 23:01 | PY - Payroll | 4075104 | | OCC | ~20050116 To 20050122 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050204 09:03 | MI - Mail | 4088333 | | STH | ~DEBORAH JEWETT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050204 09:03 | MA - Maintenance and Administration | 4088334 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050204 09:03 | TI - Transfer from Institution | 4088336 | | STH | ~Associate Receipt Number is 4088333 | $0.00 | $49.00 | $0.00 | $0.00 |
| 20050204 09:03 | TI - Transfer from Institution | 4088337 | | OCC | ~Associate Receipt Number is 4088333 | $49.00 | $0.00 | $0.00 | $0.00 |
| 20050207 08:34 | MI - Mail | 4092426 | | STH | ~DEBORAH JEWETT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050207 08:34 | TI - Transfer from Institution | 4092427 | | STH | ~Associate Receipt Number is 4092426 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050207 08:34 | TI - Transfer from Institution | 4092428 | | OCC | ~Associate Receipt Number is 4092426 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050208 22:30 | CN - Canteen | 4102416 | | OCC | ~Canteen Date : 20050208 | $0.00 | $47.02 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109233 | | OCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20050209 23:01 | PY - Payroll | 4125249 | | OCC | ~20050123 To 20050129 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050215 22:30 | CN - Canteen | 4152139 | | OCC | ~Canteen Date : 20050215 | $0.00 | $20.11 | $0.00 | $0.00 |
| 20050216 12:25 | IC - Transfer from Inmate to Club A/c | 4154421 | | OCC | ~SICK CALL 1/6/05~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $9.00 | $0.00 | $0.00 |
| 20050216 23:01 | PY - Payroll | 4158003 | | OCC | ~20050130 To 20050205 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050222 22:30 | CN - Canteen | 4181585 | | OCC | ~Canteen Date : 20050222 | $0.00 | $41.96 | $0.00 | $0.00 |
| 20050223 23:01 | PY - Payroll | 4186933 | | OCC | ~20050206 To 20050212 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050301 22:30 | CN - Canteen | 4212199 | | OCC | ~Canteen Date : 20050301 | $0.00 | $5.23 | $0.00 | $0.00 |
| 20050302 23:01 | PY - Payroll | 4218502 | | OCC | ~20050213 To 20050219 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050308 22:30 | CN - Canteen | 4247511 | | OCC | ~Canteen Date : 20050308 | $0.00 | $4.98 | $0.00 | $0.00 |
| 20050309 23:01 | PY - Payroll | 4253735 | | OCC | ~20050220 To 20050226 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050311 08:52 | MI - Mail | 4266754 | | STH | ~DEBORAH JEWETT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050311 08:52 | MA - Maintenance and Administration | 4266755 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050311 08:52 | TI - Transfer from Institution | 4266760 | | STH | ~Associate Receipt Number is 4266754 | $0.00 | $49.00 | $0.00 | $0.00 |
| 20050311 08:52 | TI - Transfer from Institution | 4266761 | | OCC | ~Associate Receipt Number is 4266754 | $49.00 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4280374 | | OCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20050315 22:30 | CN - Canteen | 4295584 | | OCC | ~Canteen Date : 20050315 | $0.00 | $37.85 | $0.00 | $0.00 |
| 20050316 23:01 | PY - Payroll | 4301291 | | OCC | ~20050227 To 20050305 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050321 14:25 | MI - Mail | 4320102 | | STH | ~DEBORAH JEWETT | $50.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050803 10:57

Page : 2

| Commit# : | W(5623 | OLD COLONY CORRECTIONAL CENTER |
|---|---|---|
| Name : | JEWETT, WILLIAM, , JR | Statement From 20050201 |
| Inst : | OLD COLONY CORRECTIONAL CENTER | To 20050803 |
| Block : | DAWES II | |
| Cell/Bed : | G17/T | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050321 14:25 | TI - Transfer from Institution | 4320103 | | STH | ~Associate Receipt Number is 4320102 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050321 14:25 | TI - Transfer from Institution | 4320104 | | OCC | ~Associate Receipt Number is 4320102 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050322 22:30 | CN - Canteen | 4327672 | | OCC | ~Canteen Date : 20050322 | $0.00 | $18.50 | $0.00 | $0.00 |
| 20050323 23:01 | PY - Payroll | 4333080 | | OCC | ~20050306 To 20050312 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050329 22:30 | CN - Canteen | 4359278 | | OCC | ~Canteen Date : 20050329 | $0.00 | $47.49 | $0.00 | $0.00 |
| 20050330 23:01 | PY - Payroll | 4364384 | | OCC | ~20050313 To 20050319 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050405 22:30 | CN - Canteen | 4394713 | | OCC | ~Canteen Date : 20050405 | $0.00 | $14.53 | $0.00 | $0.00 |
| 20050406 23:01 | PY - Payroll | 4401975 | | OCC | ~20050320 To 20050326 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050407 08:45 | ML - Mail | 4409822 | | STH | ~DEBORAH JEWETT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050407 08:45 | MA - Maintenance and Administration | 4409824 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050407 08:45 | TI - Transfer from Institution | 4409828 | | STH | ~Associate Receipt Number is 4409822 | $0.00 | $49.00 | $0.00 | $0.00 |
| 20050407 08:45 | TI - Transfer from Institution | 4409829 | | OCC | ~Associate Receipt Number is 4409822 | $49.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4420361 | | OCC | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20050412 22:30 | CN - Canteen | 4446467 | | OCC | ~Canteen Date : 20050412 | $0.00 | $54.76 | $0.00 | $0.00 |
| 20050413 23:01 | PY - Payroll | 4452914 | | OCC | ~20050327 To 20050402 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20050413 23:02 | PY - Payroll | 4453498 | | OCC | ~20050327 To 20050402 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050419 22:30 | CN - Canteen | 4479121 | | OCC | ~Canteen Date : 20050419 | $0.00 | $4.98 | $0.00 | $0.00 |
| 20050420 23:06 | PY - Payroll | 4484243 | | OCC | ~20050403 To 20050409 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050422 09:00 | ML - Mail | 4496397 | | STH | ~DEBORAH J | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050422 09:00 | TI - Transfer from Institution | 4496404 | | STH | ~Associate Receipt Number is 4496397 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050422 09:00 | TI - Transfer from Institution | 4496405 | | OCC | ~Associate Receipt Number is 4496397 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050426 22:30 | CN - Canteen | 4507182 | | OCC | ~Canteen Date : 20050426 | $0.00 | $53.08 | $0.00 | $0.00 |
| 20050427 23:02 | PY - Payroll | 4514728 | | OCC | ~20050410 To 20050416 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050503 08:04 | ML - Mail | 4538830 | | STH | ~DEBORAH JEWETT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050503 08:04 | MA - Maintenance and Administration | 4538832 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050503 08:04 | TI - Transfer from Institution | 4538834 | | STH | ~Associate Receipt Number is 4538830 | $0.00 | $49.00 | $0.00 | $0.00 |
| 20050503 08:04 | TI - Transfer from Institution | 4538835 | | OCC | ~Associate Receipt Number is 4538830 | $49.00 | $0.00 | $0.00 | $0.00 |
| 20050503 22:30 | CN - Canteen | 4543976 | | OCC | ~Canteen Date : 20050503 | $0.00 | $8.90 | $0.00 | $0.00 |
| 20050504 23:02 | PY - Payroll | 4550973 | | OCC | ~20050417 To 20050423 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050510 22:30 | CN - Canteen | 4581390 | | OCC | ~Canteen Date : 20050510 | $0.00 | $54.20 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586813 | | OCC | | $0.07 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050803 10:57

| Commit#: | W65623 | | OLD COLONY CORRECTIONAL CENTER | | Page: 4 |
|---|---|---|---|---|---|
| Name: | JEWETT, WILLIAM, , JR | | Statement From | 20050201 | |
| Inst: | OLD COLONY CORRECTIONAL CENTER | | To | 20050803 | |
| Block: | DAWES II | | | | |
| Cell/Bed: | G17 /T | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ACCOUNT - Z5 | | | | |
| 20050628 22:30 | CN - Canteen | 4845443 | | OCC | ~Canteen Date : 20050628 | $0.00 | $51.24 | $0.00 | $0.00 |
| 20050629 23:02 | PY - Payroll | 4852310 | | OCC | ~20050612 To 20050618 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050705 22:30 | CN - Canteen | 4879809 | | OCC | ~Canteen Date : 20050705 | $0.00 | $14.56 | $0.00 | $0.00 |
| 20050706 23:02 | PY - Payroll | 4888979 | | OCC | ~20050619 To 20050625 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050707 10:02 | MI - Mail | 4896714 | | STH | ~DEBORAH J | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050707 10:02 | MA - Maintenance and Administration | 4896716 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050707 10:02 | TI - Transfer from Institution | 4896718 | | STH | ~Associate Receipt Number is 4896714 | $0.00 | $49.00 | $0.00 | $0.00 |
| 20050707 10:02 | TI - Transfer from Institution | 4896719 | | OCC | ~Associate Receipt Number is 4896714 | $49.00 | $0.00 | $0.00 | $0.00 |
| 20050712 22:30 | CN - Canteen | 4918433 | | OCC | ~Canteen Date : 20050712 | $0.00 | $53.08 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4924079 | | OCC | | $0.33 | $0.00 | $0.00 | $0.00 |
| 20050713 23:04 | PY - Payroll | 4941342 | | OCC | ~20050626 To 20050702 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050714 09:01 | MI - Mail | 4947731 | | STH | ~DEBORAH JEWETT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050714 09:01 | TI - Transfer from Institution | 4947732 | | STH | ~Associate Receipt Number is 4947731 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050714 09:01 | TI - Transfer from Institution | 4947733 | | OCC | ~Associate Receipt Number is 4947731 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050719 22:30 | CN - Canteen | 4967342 | | OCC | ~Canteen Date : 20050719 | $0.00 | $46.19 | $0.00 | $0.00 |
| 20050720 11:18 | IC - Transfer from Inmate to Club A/c | 4969025 | | OCC | ~cert 70032260000013470159~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20050720 23:06 | PY - Payroll | 4973886 | | OCC | ~20050703 To 20050709 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050726 22:30 | CN - Canteen | 4998166 | | OCC | ~Canteen Date : 20050726 | $0.00 | $10.19 | $0.00 | $0.00 |
| 20050727 23:03 | PY - Payroll | 5004414 | | OCC | ~20050710 To 20050716 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050801 08:58 | MI - Mail | 5019174 | | STH | ~DEBORAH JEWETT | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050801 08:58 | MA - Maintenance and Administration | 5019176 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050801 08:58 | TI - Transfer from Institution | 5019178 | | STH | ~Associate Receipt Number is 5019174 | $0.00 | $59.00 | $0.00 | $0.00 |
| 20050801 08:58 | TI - Transfer from Institution | 5019179 | | OCC | ~Associate Receipt Number is 5019174 | $59.00 | $0.00 | $0.00 | $0.00 |
| 20050802 22:30 | CN - Canteen | 5032332 | | OCC | ~Canteen Date : 20050802 | $0.00 | $5.50 | $0.00 | $0.00 |
| | | | | | | $1,645.77 | $1,618.23 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $59.08 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050803 10:57

Page : 5

| | | |
|---|---|---|
| Commit# : | WC 5623 | **OLD COLONY CORRECTIONAL CENTER** |
| Name : | JE'VETT, WILLIAM, , JR | Statement From 20050201 |
| Inst : | OLD COLONY CORRECTIONAL CENTER | To 20050803 |
| Block : | DAWES II | |
| Cell/Bed : | G17 /T | |

**Current Balances :**

| Personal | Saving | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $59.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |