UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM JEWET ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-11849-GAO |
| ) | |
| BERNARD F. BRADY ) | |
| ) | |
| Respondent. ) | |

### RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING

Now comes the Respondent, Bernard F. Brady, and hereby respectfully moves this Court to enlarge the time in which he must answer or otherwise plead until November 15, 2005. The respondent's responsive pleading is currently due on October 26, 2005. In support of this motion the respondent states:

1. This is a federal habeas corpus petition, brought pursuant to 28 U.S.C. §2254, challenging the petitioner's 1998 Plymouth County conviction for first-degree murder.

2. The respondent has requested necessary documents from the Plymouth County District Attorney's Office and has yet to receive those documents. Due to the need to review these documents, and counsel's other responsibilities in the Attorney General's Office, the respondent will require more time to properly answer the petition.

3. No previous application has been made to this Court for an enlargement of time to answer or otherwise plead.

WHEREFORE, the Respondent requests that this Court enlarge the time in which he must answer or otherwise plead until November 15, 2005.

Respectfully submitted,

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: November 15, 2005

### Certificate of Service

I hereby certify that on October 24, 2005, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon William Jewett, Jr., *pro se*, Old Colony Correctional Center, One Administration Road, Bridgewater, MA 02324.

/s/ Eva M. Badway
Eva M. Badway

2