UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| WILLIAM JEWETT, JR. )<br>Petitioner, )<br> )<br>v. )<br> )<br>BERNARD BRADY )<br>Respondent. )<br> ) | | Civil Action No. 05-11849-GAO |

### RESPONDENT'S MOTION TO DISMISS

The respondent, Bernard Brady, the Superintendent of the Old Colony Correctional Center, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the ground that the petition contains exhausted and unexhausted claims. *See Rose v. Lundy*, 455 U. S. 509, 518-519 (1982). The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

WHEREFORE, for the foregoing reasons, the respondent requests that this Court dismiss this action in its entirety pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

THOMAS F. REILLY
Attorney General

|   |   |
|---|---|
| Gregory W. Reilly<br>Legal Intern<br>On the Motion | /s/ Eva M. Badway<br>Eva M. Badway<br>Assistant Attorney General<br>Criminal Bureau<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>(617) 727-2200, ext. 2824<br>BBO # 635431 |

Dated: November 10, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that on November 10, 2005, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon William Jewett, Jr., *pro se*, Old Colony Correctional Center, 1 Administration Road, Bridgewater, MA 02324.

                                              /s/ Eva M. Badway
                                              Eva M. Badway