UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM JEWETT, Jr. )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BERNARD F. BRADY )<br>)<br>Respondent. )<br>) | Civil Action No. 05-11849-GAO |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

### RESPONDENT'S SUPPLEMENTAL ANSWER

1. Docket entries, *Commonwealth v. Jewett*, PLCR1997-99983.

2. Computerized docket entries, *Commonwealth v. Jewett*, PLCR1997-99983.

3. Defendant-Appellant's Brief on Appeal, *Commonwealth v. Jewett*, No. SJC-08235.

4. Defendant-Appellant's Record Appendix on Appeal, *Commonwealth v. Jewett*, No. SJC-08235.

5. Commonwealth's Brief and Record Appendix on Appeal, *Commonwealth v. Jewett*, No. SJC-08235.

6. *Commonwealth v. Jewett*, 442 Mass. 356, 813 N.E.2d 452 (2004).

7. Docket Sheets, *Commonwealth v. Jewett*, No. SJC-08235.

8. Trial Transcript, *Commonwealth v. Jewett,* No. PLCR1997-99983 (six volumes).

                Respectfully submitted,

                THOMAS F. REILLY
                Attorney General

                /s/ Eva M. Badway
                Eva M. Badway
                Assistant Attorney General
                Criminal Bureau
                One Ashburton Place
                Boston, Massachusetts 02108
                (617) 727-2200, ext. 2824
Dated: November 10, 2005        BBO # 635431

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2005, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon William Jewett, Jr., *pro se*, Old Colony Correctional Center, 1 Administration Road, Bridgewater, MA 02324.

                /s/ Eva M. Badway
                Eva M. Badway