UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Petitioner**

**William Jewet**

      v.                               Civil No. 1:05-cv-11849-GAO

**Respondent**

**Bernard F. Brady**

## MOTION TO WITHDRAW

    I, Carlos J. Dominguez, counsel for the above-named defendant, do hereby request permission to withdraw as counsel of record, for the Petitioner, on the above-numbered complaint.

    As reasons for the foregoing, newly appointed counsel for the petitioner, states the following:

1. I have recently been recently appointed as an attorney on the CJA panel.

2. I have no experience handling Habeus Corpus Petitions.

3. On January 30, 2006, I received a phone call from Maria Simeone, Courtroom Clerk for the Honorable U.S. Magistrate Judge Leo T. Sorokin. I accepted an appointment to represent the Petitioner, William Jewett, on the above referenced Petition for Writ of Habeus Corpus.

4. On January 31, 2006, I reviewed the pleadings filed by the Petitioner and Respondent in this matter.

5. On January 31, 2006 I left a message for Maria Simeone stating that upon review of the assignment I did not feel sufficiently competent to handle such an assignment.

6. I have spoken with other more experienced lawyers than myself who have had experience with Habeus Corpus work. Based upon these conversations I feel strongly that due to the nature of the proceedings, the nature of the underlying convictions and an extremely busy work schedule I could not provide effective representation to the Petitioner.

7. If allowed to withdraw I stand ready to accept a substitute assignment.

                              Respectfully submitted,

                              <u>/s/ Carlos J. Dominguez</u>

                              Carlos J. Dominguez
BBO# 567005
Howe and Bainbridge Building
232 Commercial Street
Boston, MA 02109
(617) 742-2824