UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM JEWETT, JR.,<br>　　　　Petitioner<br><br>v.<br><br>BERNARD BRADY,<br>　　　　Respondent | )<br>)<br>)<br>)<br>)     Civil Action No. 05-11849-GAO<br>)<br>)<br>)<br>)<br>) |

## PETITIONER'S MOTION TO STAY

Petitioner, William Jewett, Jr., respectfully moves this Court to stay the above-captioned petition for habeas corpus, in order to allow Petitioner a reasonable period of time to proceed in state court and exhaust the unexhausted claims contained within the petition. *Rhines v. Weber*, 544 U.S. 269 (2005). In support whereof, Petitioner relies on the grounds set forth in his accompanying Memorandum in Opposition to Respondent's Motion to Dismiss and in Support of Petitioner's Motion to Stay.

In the event the Court denies this motion, Petitioner reserves the right to amend the petition by dismissal of just the unexhausted claims, so as to proceed upon the exhausted claims. *Rose v. Lundy*, 455 U.S. 509, 520-521 (1982) (plurality opinion).

　　　　　　　　　　　　　　　　　　　　WILLIAM JEWETT, JR.
　　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　　/s/ *John H. Cunha Jr.*
　　　　　　　　　　　　　　　　　　　　John H. Cunha Jr.
　　　　　　　　　　　　　　　　　　　　B.B.O. No. 108580
　　　　　　　　　　　　　　　　　　　　CUNHA & HOLCOMB, P.C.
　　　　　　　　　　　　　　　　　　　　One State Street, Suite 500
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109-3507
　　　　　　　　　　　　　　　　　　　　617-523-4300

Dated: May 5, 2006　　　　　　　　　　　　　　　　　　　　　　　　　　H:\Word\Crim\Jewett\motion to stay.wpd

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing document was served via electronic filing upon AAG Eva M. Badway, Attorney General's Office, One Ashburton Place, Boston, MA 02108-1698.

                       /s/ *John H. Cunha Jr.*
                       John H. Cunha Jr.