# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  Old Colony Correctional Facility, 1 Administration Road
         Bridgewater, MA 02324

YOU ARE COMMANDED to have the body of __WILLIAM JEWET__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __9__, on the __3RD__ floor, Boston, Massachusetts on __MONDAY JUNE 5, 2006__, at __2:00PM__

for the purpose of __MOTION HEARING__

in the case of __WILLIAM JEWET V BERNARD BRADY__

CA Number __05-11849-GAO__

And you are to retain the body of said __WILLIAM JEWET__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __WILLIAM JEWET__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __25__ day of __MAY, 2006__.


/S/ GEORGE A. O'TOOLE, JR
UNITED STATES DISTRICT JUDGE

                                    SARAH A. THORNTON
                                    CLERK OF COURT
        SEAL

                                    By: __PAUL LYNESS__
                                        Deputy Clerk


(Habeas Writ.wpd - 3/7/2005)