UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM JEWETT, Jr. )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BERNARD F. BRADY )<br>)<br>Respondent. )<br> ) | Civil Action No. 05-11849-GAO |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

### RESPONDENT'S SUPPLEMENTAL ANSWER II

9. Updated docket sheet, *Commonwealth v. Jewett*, PLCR1997-99983.

10. Docket Sheet, *Commonwealth v. Jewett*, SJ-2006-0495.

11. Petitioner's Application for Leave to Appeal, *Commonwealth v. Jewett*, SJ-2006-0495.

12. Commonwealth's Opposition to the Defendant's Gatekeeper Petition, *Commonwealth v. Jewett*, SJ-2006-0495.

13. Order Denying Leave to Appeal, *Commonwealth v. Jewett*, SJ-2006-0495.

                                                 Respectfully submitted,

                                                 MARTHA COAKLEY
                                                 Attorney General

                                                 /s/ Eva M. Badway
                                                 Eva M. Badway
                                                 Assistant Attorney General
                                                 Criminal Bureau
                                                 One Ashburton Place
                                                 Boston, Massachusetts 02108
                                                 (617) 727-2200, ext. 2824
Dated: July 5, 2007                              BBO # 635431


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 5, 2007.

                                               /s/ Eva M. Badway
                                               Eva M. Badway