UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM JEWETT, JR.,<br>Petitioner<br><br>v.<br><br>BERNARD BRADY,<br>Respondent | )<br>)<br>)<br>)<br>)   Civil Action No. 05-11849-GAO<br>)<br>)<br>)<br>)<br>) |

### PETITIONER'S ASSENTED TO MOTION TO EXTEND DISCOVERY PERIOD BY TWO WEEKS

Petitioner, William Jewett, Jr., moves this Court pursuant to Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts, to extend the time to complete discovery herein by two weeks, from June 15, 2008 to June 30, 2008.  Petitioner further moves for an extension of the time to file additional written submissions by two weeks from June 25, 2008 to July 9, 2008.  Respondent assents to this motion.

In support whereof, petitioner states that at hearing on April 2, 2008, this Court allowed petitioner's motion for discovery and directed the depositions of State Police Lab Chemist Mary McGilvray, Attorney Robert Jubinville, and Detective Sergeant Richard Craig of the Rockland Police Department.  Depositions of the first two witnesses have been completed, but Detective Craig has retired to South Carolina.  Despite due diligence on petitioner's part, he has only recently been located and contacted, pursuant to an allowance of funds for an investigator by this Court on May 29, 2008.  It is anticipated that his deposition can be conducted in the additional requested time.

It is in the interests of justice to allow this additional time to complete discovery, and respondent has assented to this motion.

> WILLIAM JEWETT, JR.
> By his attorney,
>
> /s/ *John H. Cunha Jr.*
> John H. Cunha Jr.
> B.B.O. No. 108580
> CUNHA & HOLCOMB, P.C.
> One State Street, Suite 500
> Boston, MA 02109-3507
> 617-523-4300

Dated: June 6, 2008

H:\Word\Crim\Jewett\motion to extend discovery period.wpd

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via electronic filing upon AAG Eva M. Badway, Attorney General's Office, One Ashburton Place, Boston, MA 02108-1698.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.