UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM JEWETT, JR.,<br>Petitioner<br><br>v.<br><br>BERNARD BRADY,<br>Respondent | )<br>)<br>)<br>)<br>)  Civil Action No. 05-11849-GAO<br>)<br>)<br>)<br>)<br>) |

## PETITIONER'S ASSENTED TO MOTION TO EXTEND TIME FOR FILING SUPPLEMENTAL BRIEFING

Petitioner, William Jewett, Jr., moves this Court pursuant to Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts, to extend the time to file the parties' additional written submissions based on the discovery herein from July 9, 2008, to August 6, 2008. Respondent assents to this motion.

In support whereof, petitioner states that the three depositions that have been authorized by the Court were conducted by the close of discovery, June 30, 2008. However, the deposition transcript of Detective Sergeant Richard Craig, deposed on Friday, June 27, 2008, has not yet been produced to the parties. Petitioner anticipates citing to that transcript, once it is prepared, in his additional written submission. Petitioner further has a motion pending for two additional depositions, the opposition to which is also due on July 9, 2008, and which Respondent intends to oppose. Respondent's counsel will be on vacation between July 11 and July 28, 2008, and the August 6, 2008 deadline for written submissions is reasonable and timely.

It is in the interests of justice to allow this additional time for filing supplemental submissions based on the discovery herein, and respondent has assented to this motion.

WILLIAM JEWETT, JR.
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: July 9, 2008                                          H:\Word\Crim\Jewett\motion to extend time for filing supplemental briefing.wpd

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via electronic filing upon AAG Eva M. Badway, Attorney General's Office, One Ashburton Place, Boston, MA 02108-1698.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.